■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN VARGAS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hellenbrand, J.), rendered January 8, 1986, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court failed to

properly instruct the jury concerning the issue of motive is unpreserved for review, as no exception was raised to that portion of the charge *(see,* CPL 470.05 [2]). In any event, viewed in its entirety, the charge adequately conveyed the law to the jury and did not deprive the defendant of a fair trial. Mollen, P. J., Thompson, Lawrence and Harwood, JJ., concur.